No. 351. Downers Grove Sanitary District *v.* Bunge et al. October 15, 1934. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Daniel S. Wentworth* for petitioner. *Mr. Ralph C. Putnam* for respondents.

No. 352. Alfred Hofmann, Inc. *v.* Textile Machine Works. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Samuel E. Darby, Jr.,* and *Walter A. Darby* for petitioner. *Mr. Hubert Howson* for respondent.

No. 353. Woods *v.* Regain, Inc. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph Fischer* for petitioner. *Mr. Joseph Glass* for respondent.

No. 354. Ada V. Peabody *v.* Marlboro Implement Co.; and

No. 355. John T. W. Peabody *v.* Same. October 15, 1934. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Leonard J. Ganse* and *Louis M. Denit* for petitioners. *Mr. Edwin A. Swingle* for respondent.

No. 356. Vinton Petroleum Co. *v.* Commissioner of Internal Revenue. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. A. Bolinger* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wide-*

*man,* and *Messrs. James W. Morris* and *Warren F. Wattles* for respondent.

No. 357. NISLEY SHOE CO. *v.* NISLEY CO. ET AL. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. H. A. Toulmin, H. A. Toulmin, Jr.,* and *Chalmers M. Parker* for petitioner. *Mr. Francis J. Wright* for respondents.

No. 358. MCLEAN *v.* JAFFRAY ET AL., RECEIVERS. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Mortimer H. Boutelle, John H. Hougen,* and *Adrian H. David* for petitioner. *Messrs. Charles R. Fowler, Henry C. Carlson,* and *John B. Faegre* for respondents.

No. 359. TOWNSHEND, TRUSTEE IN BANKRUPTCY, *v.* LAMB, RECEIVER. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. E. V. Townshend* for petitioner. No appearance for respondent.

No. 360. MONTGOMERY *v.* TERMINAL RAILROAD ASSN. OF ST. LOUIS. October 15, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. John S. Marsalek* for petitioner. No appearance for respondent.

No. 362. NEALE ET AL. *v.* HAZEN ET AL., COMMISSIONERS OF THE DISTRICT OF COLUMBIA. October 15,